**Glynnis BREWSTER,
Petitioner/Appellant,**

v.

**Douglas WAGONER,
Respondent/Respondent.**

No. ED 84571.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 5, 2005.

Kayla Vaughan, Chris Rollins, Legal Services of Eastern Missouri, St. Louis, MO, for appellant.

Lawrence B. Wittels, Law Offices of Lawrence B. Wittels, St. Louis, MO, for respondent.

Terri Johnson, St. Louis, MO, for Guardian Ad Litem.

Before PATRICIA L. COHEN, P.J., KATHIANNE KNAUP CRANE, J. and ROBERT G. DOWD, JR., J.

*ORDER*

PER CURIAM.

Mother appeals from the dismissal of her motion to modify child custody. The judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).